JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. BARTH, | Case No. CV 17-0274 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PLAYSTER CORPORATION, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 27th day of April, 2017.

                                                                          /s/
                                        Fernando M. Olguin
                                    United States District Judge